Richard D. Collins
Collins, McDonald & Gann, P.C.
One Old Country Road, Suite 250
Carle Place, NY 11514
Tel: (516) 294-0300
Fax: (516) 294-0477

FILED
05 NOV -4 AM 11: 43

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| United States | CASE NO. CR-05-00703 |
| Plaintiff(s), | |
| v. | APPLICATION FOR ADMISSION OF ATTORNEY |
| Patrick Arnold | *PRO HAC VICE* |
| Defendant(s). | |

ORIGINAL

Pursuant to Civil L.R. 11-3, __Richard D. Collins__, an active member in good standing of the bar of __New York__, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing __Patrick Arnold__ in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Nanci L. Clarence, SBN 122286
Clarence & Dyer LLP, 899 Ellis Street
San Francisco, CA 94109
Tel: (415) 749-1800 Fax: (415) 749-1694

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11-04-05



IT IS SO ORDERED.
Dated: November 7, 2005