KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

JEFFREY R. FINIGAN (CSBN 168285)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-7232
Facsimile: (415) 436-7234
Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>PATRICK ARNOLD,<br><br>    Defendant. | Criminal No. CR 05-00703 SI<br><br>**STIPULATION AND [PROPOSED]<br>ORDER EXCLUDING TIME** |

    The above-captioned matter came before the Court on November 30, 2005 for initial status conference. The defendant was represented by Nancy Clarence and Richard Collins and the government was represented by Jeffrey Finigan, Assistant United States Attorney. The case was set for January 27, 2006, at 11:00 a.m. for further status and trial/motions settings.

    The Court made a finding on the record that the time from and including November 30, 2005 through January 27, 2006, should be excluded under the Speedy Trial Act, 18 U.S.C.

**STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 05-00703 SI**

§ 3161(h)(8)(A), because the ends of justice served by taking such action outweighed the best interest of the public and the defendant in a speedy trial.  That finding was based on the need for the defendant to have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and for continuity of counsel pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

The parties hereby agree to and request that the case be continued until January 27, 2006 and that the exclusion of time until then be granted.  The parties agree and stipulate that the additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(8)(A), because the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.  This time exclusion will allow defense counsel to effectively prepare, taking into account the exercise of due diligence, and will provide for continuity of counsel for the defendants.

DATED: 11/30/05

/s/
NANCY CLARENCE
Counsel for Patrick Arnold

DATED: 11/30/05

/s/
JEFFREY FINIGAN
Assistant U.S. Attorney

So ordered.

DATED:

SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Susan Illston

**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME**
**CR 05-00703 SI**                    2

|   |   |
|---|---|
| 1 | CERTIFICATE OF SERVICE |

2   The undersigned hereby certifies that she is an employee of the office of the United States

3   Attorney, Northern District of California and is a person of such age and discretion to be

4   competent to serve papers. The undersigned certifies that she caused copies of

5

**STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME**

6

7   in the case of **UNITED STATES V. PATRICK ARNOLD, CR 05-00703 SI** to be served on

8   the parties in this action, by placing a true copy thereof in a sealed envelope, addressed as follows

9   which is the last known address:

10

**Nanci Clarence, Esq.**
11   **Clarence Snell & Dyer**
**899 Ellis Street**
12   **San Francisco, CA  94109**

13

\_\_\_\_  (By Personal Service), I caused such envelope to be delivered by hand to the person or
14   offices of each addressee(s) above.

15   \_X\_  (By Facsimile), I caused each such document to be sent by Facsimile to the person or
offices of each addressee(s) above.
16

\_\_\_\_  (By Mail), I caused each such envelope, with postage thereon fully prepaid, to be placed
17   in the United States mail at San Francisco, California.

18   \_\_\_\_  (By Fed Ex), I caused each such envelope to be delivered by FED EX to the address
listed above.
19

I declare under penalty of perjury that the foregoing is true and correct.
20

21   Dated:    November 30, 2005

22
                                                        /s/
                                                   RAWATY YIM
23                                                 United States Attorney's Office

24

25

26

27

28
**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME**
**CR 05-00703 SI**                          3