Nanci L. Clarence SBN 122286
Joshua H. Lerner SBN 220755
CLARENCE & DYER LLP
899 Ellis Street
San Francisco, CA 94109
Telephone: (415) 749-1800
Facsimile: (415) 749-1694

Richard D. Collins (*admitted pro hac vice*)
Collins, McDonald & Gann, P.C.
One Old Country Road, Suite 250
Carle Place, NY 11514
Telephone: (516) 294-0300
Facsimile: (516) 294-0477

Attorneys for Defendant Patrick Arnold

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PATRICK ARNOLD,<br><br>Defendant | Case No.: CR-05-00703 MMC<br><br>REQUEST FOR ORDER MODIFYING TRAVEL RESTRAINTS DURING PRETRIAL RELEASE; [PROPOSED] ORDER<br><br>[LOCAL RULE 8.1] |

Defendant Patrick Arnold, by and through undersigned counsel, hereby submits this request for an order permitting travel beyond the jurisdiction specified in his pretrial release order. Mr. Arnold requests that, in addition to the districts he is already permitted to visit, he be permitted to travel to the Southern District of Indiana, where the most convenient airport is located, and to the Eastern and Southern Districts of New York, to visit his attorney, Rick Collins.

1  On November 11, 2005, the Court orally granted Mr. Arnold's request to be able to travel within
2  the State of Illinois for businesses purposes and his request travel to see his family in Connecticut for the
3  holidays. The purpose of this request is (1) to obtain written confirmation of the Court's November 11,
4  2005 order and (2) to obtain an order permitting Mr. Arnold be able to travel to the Southern District of
5  Indiana (where the most convenient airport is located) and the Eastern and Southern Districts of New
6  York (for the purposes of visiting his attorney).

7  Undersigned counsel spoke with the United States Attorney, Mr. Nedrow, and the Pre-trial
8  Officer, Susan Silver, and neither objected to the modifications requested herein.

10 Dated: December 2, 2005

Respectfully submitted,

KEVIN RYAN, UNITED STATES ATTORNEY

By: _____

Assistant U.S. Attorney J. Nedrow

Counsel for the Government

CLARENCE & DYER LLP

By: _____
Nanci L. Clarence
Joshua H. Lerner

Counsel for Defendant Patrick Arnold

---

REQUEST FOR ORDER MODIFYING TRAVEL RESTRAINTS DURING PRETRIAL RELEASE; [PROPOSED]
ORDER   CASE NO.: CR-05-00703 MMC

2

[PROPOSED ORDER]

It is hereby ORDERED that during the period of pretrial release, defendant Patrick Arnold may travel within the following areas: (1) the State of Illinois; (2) the Southern District of Indiana; (3) the Eastern District of New York; and (4) the Southern District of New York.

Dated: December 13, 2005



By: _____
Hon. M~~~~~~~~~
Judge Edward M. Chen

**Proof of Service**

I, Deanna Mitchell, declare as follows:

I am over eighteen years of age and not a party to the within action; my business address is 899 Ellis Street, San Francisco, California 94109; I am employed in the County of San Francisco.

On December 6, 2005, I served a copy, with all exhibits, of the following documents:

**REQUEST FOR ORDER MODIFYING TRAVEL RESTRATINTS DURING PRETRIAL RELEASE; [PROPOSED] ORDER**

___X___ (BY MAIL) I am readily familiar with my employer's practices for collection and processing of correspondence for mailing with the United States Postal Service. Following ordinary business practices and placing a true copy of the above-referenced document(s) enclosed in a sealed envelope, with postage fully prepaid, in the United States mail at San Francisco, California, addressed as below:

___X___ (BY FAX) By transmitting by facsimile machine to the number addressed as below; the facsimile machine I used complied with California Rules of Court, rule 2003 and no error was reported by the machine. Pursuant to California Rules of Court, rule 2006(d), I caused the machine to print a transmission record of the transmission.

___X___ (BY ELECTRONIC SERVICE) I caused an electronic delivery subject to 28 U.S.C ¶1746, Local Rules or General Orders of this Court regarding Electronic Case Filing. All pleadings and papers must be electronically served in accordance with those Rules or General Orders with email address(es) as noted below:

| | |
|---|---|
| VIA Email:<br>Jeff Nedrow<br>Jeffrey Finigan<br>Assistant United States Attorney<br>United States Courthouse<br>150 Almaden Blvd, Ste. 900<br>San Jose, California 95113<br>Email: jeff.nedrow@usdoj.com | Via Email:<br>Jeffrey Finigan<br>AUSA<br>United States Courthouse<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br>Email: Jeffrey.finigan@usdoj.gov |
| Via Mail and Fax:<br>Susan Siver<br>USDC Pretrial Services<br>Federal Court House<br>201 So. Vine<br>Urbana, IL 61802<br>Fax: (217) 373-5860 | Via Email:<br>Rick Collins, Esq.<br>Collins, McDonald & Gann, P.C.<br>One Old Country Road, Suite 250<br>Carle Place, NY 11514<br>Fax: 516-294-0477<br>Email: rcollins@cmgesq.com |

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct and that this declaration was executed on the above stated date.

/s/ : Deanna Mitchell
DEANNA MITCHELL