Nanci L. Clarence SBN 122286
Joshua H. Lerner SBN 220755
CLARENCE & DYER LLP
899 Ellis Street
San Francisco, CA 94109
Telephone: (415) 749-1800
Facsimile: (415) 749-1694

Richard D. Collins (*admitted pro hac vice*)
Collins, McDonald & Gann, P.C.
One Old Country Road, Suite 250
Carle Place, NY 11514
Telephone: (516) 294-0300
Facsimile: (516) 294-0477

Attorneys for Defendant Patrick Arnold

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> PATRICK ARNOLD, <br><br> Defendant | Case No.: CR-05-00703 MMC <br><br> **REQUEST FOR ORDER PERMITTING TRAVEL; [PROPOSED] ORDER** <br><br> [LOCAL RULE 8.1] |

Defendant Patrick Arnold, by and through undersigned counsel, hereby submits this request for an order permitting travel beyond the jurisdictions specified in his pretrial release order. Mr. Arnold requests permission to travel to and from his family's home in Connecticut and environs from December 22, 2005 through December 26, 2005. The reason for the request is that his family resides in Connecticut and he would like to join them for the Christmas holiday. Mr. Arnold is not a flight risk, as demonstrated by the fact that this Court has already expressly permitted Mr. Arnold to travel to Connecticut for Thanksgiving and within the State of Illinois, to the Southern District of Indiana, and to the Eastern and Southern Districts of New York.

Undersigned counsel has spoken with the Assistant United States Attorney, Mr. Nedrow, who has no objection to the instant request. Mr. Arnold's pre-trial officer, Susan Silver, who is

1 | in Illinois, is not working during the holidays, but undersigned counsel has spoken with her in

2 | the past, and she has asked simply that undersigned counsel provide her with a copy of all travel

3 | orders.

4 | Dated:  December 15, 2005

Respectfully submitted,
CLARENCE & DYER LLP


By: _Joshua Lerner signature_
Joshua H. Lerner
Nanci L. Clarence

Counsels for Defendant Patrick Arnold


## [PROPOSED] ORDER

Good cause having been shown, the Court hereby GRANTS defendant Patrick Arnold's

request to travel to Connecticut and environs from December 22 through December 26, 2005.

Dated:  December 16   , 2005

_____
Honorable Judge Chen
United States M

Judge Edward M. Chen

Proof of Service

I, Deanna Mitchell, I am over eighteen years of age and not a party to the within action; my business address is 899 Ellis Street, San Francisco, California 94109; I am employed in the County of San Francisco. On December 15, 2005, I served a copy, with all exhibits, of the following documents:

- **REQUST FOR ORDER PERMITTING TRAVEL; [PROPOSED] ORDER**

__X___ (BY FAX) By transmitting by facsimile machine to the number addressed as below; the facsimile machine I used complied with California Rules of Court, rule 2003 and no error was reported by the machine. Pursuant to California Rules of Court, rule 2006(d), I caused the machine to print a transmission record of the transmission.

__X___ (BY ELECTRONIC SERVICE) I caused an electronic delivery subject to 28 U.S.C ¶1746,  Local Rules or General Orders of this Court regarding Electronic Case Filing.  All pleadings and papers must be electronically served in accordance with those Rules or General Orders with email address(es) as noted below:

| | |
|---|---|
| VIA Email:<br>Jeff Nedrow<br>Jeffrey Finigan<br>Assistant United States Attorney<br>United States Courthouse<br>150 Almaden Blvd, Ste. 900<br>San Jose, California 95113<br>Email:  jeff.nedrow@usdoj.com | Via Email:<br>Jeffrey Finigan<br>AUSA<br>United States Courthouse<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br>Email:  Jeffrey.finigan@usdoj.gov |
| Via Fax:<br>Susan Silver<br>USDC Pretrial Services<br>Federal Court House<br>201 So. Vine<br>Urbana, IL 61802<br>Fax: (217) 373-5860 | Via Email:<br>Rick Collins, Esq.<br>Collins, McDonald & Gann, P.C.<br>One Old Country Road, Suite 250<br>Carle Place, NY 11514<br>Fax: 516-294-0477<br>Email: rcollins@cmgesq.com |

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct and that this declaration was executed on the above stated date.

Deanna Mitchell

REQUEST FOR ORDER PERMITTING TRAVEL; [PROPOSED] ORDER
Case No.:  CR-05-00703 MMC