Nanci L. Clarence SBN 122286
Joshua H. Lerner SBN 220755
CLARENCE & DYER LLP
899 Ellis Street
San Francisco, CA 94109
Telephone:  (415) 749-1800
Facsimile:  (415) 749-1694

Richard D. Collins (*admitted pro hac vice*)
Collins, McDonald & Gann, P.C.
One Old Country Road, Suite 250
Carle Place, NY 11514
Telephone:  (516) 294-0300
Facsimile:  (516) 294-0477

Attorneys for Defendant Patrick Arnold

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    vs.<br><br>PATRICK ARNOLD,<br><br>       Defendant | Case No.:  CR-05-00703<br><br>REQUEST FOR ORDER MODIFYING TRAVEL RESTRATINTS DURING PRETRIAL RELEASE; [~~PROPOSED~~] ORDER<br><br>[LOCAL RULE 8.1] |

Defendant Patrick Arnold, by and through undersigned counsel, hereby submits this request for an order permitting travel beyond the jurisdiction specified in his pretrial release order.  Mr. Arnold respectfully requests an order to travel to and from Columbus, Ohio on March 2 – 6, 2006.  The reason for this trip is that Mr. Arnold needs to attend business meetings that are critical to his company, Proviant.

Mr. Arnold is not a flight risk, as demonstrated by the fact that this Court already has permitted Mr. Arnold to travel to, among other places, Connecticut for Thanksgiving and within the State of Illinois, to the Southern District of Indiana, and to the Eastern and Southern Districts of New York.

Mr. Arnold has contacted his Pre-Trial Officer, Susan Silver, regarding his travel and will

provide her with the precise details of his itinerary.  Undersigned counsel spoke with the

Assistant United States Attorney, Mr. Nedrow, who does not object to this request.

Dated:  February 23, 2006                    Respectfully submitted,

CLARENCE & DYER LLP


By:  /s/:  Nanci Clarence
Nanci L. Clarence
Joshua H. Lerner

Counsel for Defendant Patrick Arnold


**[PROPOSED ORDER]**


It is hereby ORDERED that during the period of pretrial release, defendant Patrick Arnold may

travel to Columbus, Ohio on March 2 – 6, 2006.  Mr. Arnold is to provide his pre-trial officer,

Susan Silver, with a detailed itinerary for his trip.


Dated: ~~February _____, 2006~~ March 1, 2006

IT IS SO ORDERED

Judge Edward M. Chen

By: _____
Hon. Magistrate Judge Chen

REQUEST FOR ORDER MODIFYING TRAVEL RESTRATINTS DURING PRETRIAL RELEASE;
[PROPOSED] ORDER
Case No.: CR-05-00703

2

**Proof of Service**

I, Abbie Chin, I am over eighteen years of age and not a party to the within action; my business address is 899 Ellis Street, San Francisco, California 94109; I am employed in the County of San Francisco.

On February 23, 2006, I served a copy, with all exhibits, of the following documents:

- REQUEST FOR ORDER MODIFYING TRAVEL RESTRATINTS DURING PRETRIAL RELEASE; [PROPOSED] ORDER

__X____ (BY FAX) By transmitting by facsimile machine to the number addressed as below;  the facsimile machine I used complied with California Rules of Court, rule 2003 and no error was reported by the machine. Pursuant to California Rules of Court, rule 2006(d), I caused the machine to print a transmission record of the transmission.


__X____ (BY ELECTRONIC SERVICE) I caused an electronic delivery subject to 28 U.S.C ¶1746,   Local Rules or General Orders of this Court regarding Electronic Case Filing.  All pleadings and papers must be electronically served in accordance with those Rules or General Orders with email address(es) as noted below:

| | |
|---|---|
| VIA Email:<br>Jeff Nedrow<br>Jeffrey Finigan<br>Assistant United States Attorney<br>United States Courthouse<br>150 Almaden Blvd, Ste. 900<br>San Jose, California 95113<br>Email:  jeff.nedrow@usdoj.com | Via Email:<br>Jeffrey Finigan<br>AUSA<br>United States Courthouse<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br>Email:  Jeffrey.finigan@usdoj.gov |
| Via Fax:<br>Susan Silver<br>USDC Pretrial Services<br>Federal Court House<br>201 So. Vine<br>Urbana, IL 61802<br>Fax: (217) 373-5860 | Via Email:<br>Rick Collins, Esq.<br>Collins, McDonald & Gann, P.C.<br>One Old Country Road, Suite 250<br>Carle Place, NY 11514<br>Fax: 516-294-0477<br>Email: rcollins@cmgesq.com |

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct and that this declaration was executed on the above stated date.

/s/:  Abbie Chin_____
Abbie Chin

---

REQUEST FOR ORDER MODIFYING TRAVEL RESTRATINTS DURING PRETRIAL RELEASE; [PROPOSED] ORDER

Case No.: CR-05-00703