KEVIN V. RYAN (CSBN #118321)
United States Attorney

EUMI L. CHOI (WVSBN #0722)
Chief, Criminal Division

MATTHEW A. PARRELLA (NYSBN #2040855)
JEFFREY D. NEDROW (CSBN #161299)
JEFFREY R. FINIGAN (CSBN #168285)
Assistant United States Attorneys

150 Almaden Blvd., Suite 900
San Jose, CA 95113
Telephone: (408) 535-5045
Facsimile: (408) 535-5066
Email: jeff.nedrow@usdoj.gov

Attorneys For Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR No.: 05-00703 SI |
| Plaintiff, | ) STIPULATION AND PROPOSED ORDER RE: SPEEDY TRIAL EXCLUSION |
| v. | ) |
| PATRICK ARNOLD, | ) |
| Defendant. | ) |

The United States of America, by and through Kevin V. Ryan, United States Attorney for the Northern District of California, Jeffrey D. Nedrow, Assistant United States Attorney, and Jeffrey R. Finigan, Assistant United States Attorney, and defendant Patrick Arnold, and his attorney, Nanci Clarence, Esq., hereby stipulate to the following:

At the January 27, 2006 status conference in this case, the parties discussed the progress made in resolving discovery issues in this case. The government produced a box of documents on December 6, 2005 which contained what the government regarded as the core discovery material in this case. In addition, on January 27, 2006, the government produced several more boxes of documents which included all of the items seized pursuant to the search warrants

1

1 | executed at defendant's residence and business premises. The parties jointly agreed to a
2 | continuance of approximately six weeks to permit the defense time needed to review the newly
3 | provided search warrant material and make an informed decision regarding pretrial motions
4 | and/or a possible pretrial disposition in this case. Based upon this joint request, the Court set
5 | the matter for March 10, 2006 at 11:00 a.m for a further trial setting conference.

6 | GOOD CAUSE APPEARING, it is hereby ordered that this case is continued from
7 | January 27, 2006 to March 10, 2006 at 11:00 a.m. The Court finds the time from January 27,
8 | 2006 to March 10, 2006 excludable under the Speedy Trial Act pursuant to 18 U.S.C. §§
9 | 3161(h)(8)(A) and (h)(8)(B)(iv). The Court finds the time excludable in that the ends of justice
10 | served by granting this continuance outweigh the best interests of the public and the defendants
11 | in an earlier trial date specifically to provide counsel with adequate time to review the recently
12 | provided items seized in the search warrant and make an informed decision as to possible
13 | pretrial motions and a possible pretrial disposition. A continuance is therefore necessary to
14 | ensure the ability of counsel to prepare appropriately to make these decisions, and denial of
15 | such a continuance would unreasonably deny counsel time for such effective preparation
16 | pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

17 | SO STIPULATED.

18 | DATED: February 22, 2006         _____/s/_____
19 |                                    NANCI L. CLARENCE
                                       Attorney for Patrick Arnold

20 | DATED: February 22, 2006         _____/s/_____
21 |                                    JEFFREY D. NEDROW
                                       JEFFREY R. FINIGAN
22 |                                    Assistant United States Attorneys

23 | IT IS SO ORDERED.
     DATED:                            _____
24 |                                    SUSAN ILLSTON
                                       United States District Judge

2