Nanci L. Clarence, SBN 122286
Joshua H. Lerner, SBN 220755
CLARENCE & DYER LLP
899 Ellis Street
San Francisco, CA 94109
Telephone: (415) 749-1800
Facsimile: (415) 749-1694
Email: nclarence@clarencedyer.com
jlerner@clarencedyer.com

Richard D. Collins (*admitted pro hac vice*)
Collins, McDonald & Gann, P.C.
One Old Country Road, Suite 250
Carle Place, NY 11514
Telephone: (516) 294-0300
Facsimile: (516) 294-0477
Email: rcollins@cmgesq.com

Attorneys for Defendant Patrick Arnold

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>PATRICK ARNOLD,<br><br>　　　　　Defendant | Case No.: No. CR-05-00703 SI<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL SETTING HEARING** |

　　　　The parties hereby request that the Trial Setting Hearing, currently set for March 10, 2006 at 11:00 AM, be continued to March 24, 2006 at 11:00 AM. The parties stipulate to the following:

////

////

1

1. The parties have been engaged in lengthy settlement discussions both oral and written. The parties have made progress towards settlement, but no final resolution has been reached.

2. The Assistant United States Attorney, Mr. Nedrow, has been in trial for the last two weeks, and, therefore, has been unable to participate in the discussions necessary to reach a final resolution. The trial essentially has prevented the parties from moving forward with discussions. The parties expect Mr. Nedrow's trial to end during the week of March 10, and expect to resume discussions at that point. Mr. Nedrow expects that his trial will prevent him from appearing at the hearing scheduled for March 10, 2006.

3. Both counsel have agreed that the time between March 10, 2006 and March 24, 2006 should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) and (B)(i) and (ii).

                                                            Kevin V. Ryan
                                                            United States Attorney

Dated: March 3, 2006                            By: /s/: Jeff Nedrow
                                                               Jeff Nedrow
                                                                Assistant United States Attorney


                                                            CLARENCE & DYER LLP
Dated: March 3, 2006

                                                            By: /s/: Nanci Clarence
                                                                Nanci L. Clarence
                                                               Attorney for Defendant Patrick Arnold

**ORDER**

Pursuant to the above stipulation of the parties, IT IS ORDERED that the hearing scheduled for March 10, 2006 shall be continued until March 24, 2006. In addition, IT IS ORDERED that the time between March 10 and March 24 shall be excluded from the computation of the time period within which the trial must commence. Based upon the grounds set forth in the parties' stipulation, the Court finds that the ends of justice outweigh the interests of the public and the parties in a speedier trial.

Dated: March _____, 2006         _____

                                                   HON. SUSAN ILLSTON
                                                   U.S. DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL SETTING HEARING
Case No.: CR-05-00703 SI

3

**Proof of Service**

I, Abbie Chin, I am over eighteen years of age and not a party to the within action; my business address is 899 Ellis Street, San Francisco, California 94109; I am employed in the County of San Francisco.

On March 6, 2006, I served a copy, with all exhibits, of the following documents:

- **STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL SETTING HEARING**

_____ (BY FAX) By transmitting by facsimile machine to the number addressed as below; the facsimile machine I used complied with California Rules of Court, rule 2003 and no error was reported by the machine. Pursuant to California Rules of Court, rule 2006(d), I caused the machine to print a transmission record of the transmission.

\_\_X\_\_\_\_ (BY ELECTRONIC SERVICE) I caused an electronic delivery subject to 28 U.S.C ¶1746, Local Rules or General Orders of this Court regarding Electronic Case Filing. All pleadings and papers must be electronically served in accordance with those Rules or General Orders with email address(es) as noted below:

| | |
|---|---|
| VIA Email:<br>Jeff Nedrow<br>Assistant United States Attorney<br>United States Courthouse<br>150 Almaden Blvd, Ste. 900<br>San Jose, California 95113<br>Email: jeff.nedrow@usdoj.com | Via Email:<br>Jeffrey Finigan<br>AUSA<br>United States Courthouse<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br>Email: Jeffrey.finigan@usdoj.gov |
| | Via Email:<br>Rick Collins, Esq.<br>Collins, McDonald & Gann, P.C.<br>One Old Country Road, Suite 250<br>Carle Place, NY 11514<br>Fax: 516-294-0477<br>Email: rcollins@cmgesq.com |

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct and that this declaration was executed on the above stated date.

                                    /s/: Abbie Chin<br>
                                    Abbie Chin