KEVIN V. RYAN (CASBN #118321)
United States Attorney

MARK L. KROTOSKI (CASBN #138549)
Chief, Criminal Division

MATTHEW A. PARRELLA (NYSBN #2040855)
JEFFREY D. NEDROW (CSBN #161299)
JEFFREY FINIGAN (CSBN #168285)
Assistant United States Attorneys

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5045
   matthew.parrella@usdoj.gov
   jeff.nedrow@usdoj.gov
   jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No.: 05-00703 SI |
|         Plaintiff, ) | |
|    v. ) | STIPULATED PROTECTIVE ORDER |
| PATRICK ARNOLD, ) | |
|         Defendant. ) | |

    The United States, through its counsel Matthew A. Parrella, Jeffrey D. Nedrow and Jeffrey R. Finigan, and defendant Patrick Arnold, through his counsel Nanci L. Clarence and Richard D. Collins, hereby stipulate to the terms of the following protective order regarding the disclosure of the Government's Summary of Pertinent Grand Jury Material ("the Summary") produced in this case.

    1. The Summary shall be used by the defense solely for purposes of the criminal defense in this case. Defense disclosure shall accordingly be limited to defendant's counsel; defendant; the staff supporting defendant's counsel; and investigators, consultants and experts consulted by the defense in connection with defending this case.

    2. The Summary, and any information contained therein, shall not be disclosed to the media,

unless and until any such information becomes a part of the publicly filed court record..

3. Nothing herein shall prevent either the United States or defendant Arnold and his counsel from using information contained in the Summary in public court filings or from discussing matters referred to in the Summary in litigating this matter in open court.

4. Violation of this Stipulated Protective Order may be punishable by contempt of court, whatever other sanction the Court deems just, and/or any other sanctions which are legally available.

DATED: 7/27/06

KEVIN V. RYAN
United States Attorney

_____/s/_____
MATTHEW A. PARRELLA
JEFFREY D. NEDROW
JEFFREY R. FINIGAN
Assistant United States Attorneys

**AGREEMENT TO BE BOUND BY STIPULATED PROTECTIVE ORDER**

The undersigned, defendant Arnold and his counsel in the above-captioned case, CR 05–00703-SI, hereby acknowledge that they have received a copy of the Stipulated Protective Order in the above-captioned case, have read, understand, and agree to be bound by all of the provisions thereof, and hereby submit to the jurisdiction of the United States District Court for the Northern District of California for the purposes of enforcement of the terms of the Stipulated Protective Order.

DATED: July 27, 2006

_____/s/_____
NANCI L. CLARENCE
Attorney for Patrick Arnold

DATED: July 27, 2006

_____/s/_____
RICHARD D. COLLINS
Attorney for Patrick Arnold

DATED: July 27, 2006

_____/s/_____
PATRICK ARNOLD
Defendant

IT IS SO ORDERED.

8/1/06 *[signature]*
_____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE