**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                        IN THE UNITED STATES DISTRICT COURT
9                      FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   UNITED STATES OF AMERICA,                No. CR 05-00703 SI
12              Plaintiff,                     **SEALING ORDER PURSUANT
                                              TO GENERAL ORDER 54**
13        v.
14   PATRICK ARNOLD,
15              Defendant.
                                          /
16
17        The following documents in this action are placed under seal and shall not be opened
18   except by the United States Sentencing Commission for its eyes only and shall not be
19   transmitted or otherwise opened except by order of this court upon application.
20        ☒        Presentence Report
21        ☐        Plea Agreement
22        ☒        Statement of Reasons
23        ☐        _____
                   (Other)
24
25   **IT IS SO ORDERED.**
26
27   Dated: 8/8/06                           _____
                                             SUSAN ILLSTON
28                                           UNITED STATES DISTRICT JUDGE