Nanci L. Clarence SBN 122286
Kate Dyer SBN 171891
CLARENCE & DYER LLP
899 Ellis Street
San Francisco, CA 94109
Telephone: (415) 749-1800
Facsimile: (415) 749-1694

Richard D. Collins (*admitted pro hac vice*)
Collins, McDonald & Gann, P.C.
One Old Country Road, Suite 250
Carle Place, NY 11514
Telephone: (516) 294-0300
Facsimile: (516) 294-0477

Attorneys for Defendant Patrick Arnold

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> PATRICK ARNOLD, ) <br> ) <br> Defendant ) <br> _____ ) | Case No.: CR-05-00703 <br><br> REQUEST FOR ORDER MODIFYING TRAVEL RESTRAINTS DURING PRETRIAL RELEASE; [~~PROPOSED~~] ORDER <br><br> [LOCAL RULE 8.1] |

    Defendant Patrick Arnold, by and through undersigned counsel, hereby submits this request for an order permitting travel beyond the jurisdiction specified in his pretrial release order. Mr. Arnold respectfully requests an order to travel to and from New York and Connecticut on August 25 – 29, 2006. Mr. Arnold will be arriving in New York on Friday, August 25th to meet with his attorney and then take a train later that evening to New Haven, Connecticut to visit his parents for the weekend. He will then take the train from New Haven back to New York on the morning of the 29th and fly out of New York later the same morning.

    Mr. Arnold is not a flight risk, as demonstrated by the fact that this Court already has permitted Mr. Arnold to travel to, among other places, Connecticut for Thanksgiving and within

the State of Illinois, to the Southern District of Indiana, and to the Eastern and Southern Districts of New York.

Mr. Arnold has contacted his Pre-Trial Officer regarding his travel and will provide her with the precise details of his itinerary. Undersigned counsel spoke with the Assistant United States Attorney, Mr. Nedrow, who does not object to this request.

Dated  08-21-2006                              Respectfully submitted,

                                               CLARENCE & DYER LLP


                                               By:  /s/:  Kate Dyer
                                                    KATE DYER

                                               Counsel for Defendant Patrick Arnold

**[PROPOSED ORDER]**

It is hereby ORDERED that during the period of pretrial release, defendant Patrick Arnold may travel to New York, New York and New Haven, Connecticut on August 25 - 29, 2006. Mr. Arnold is to provide his pre-trial officer with a detailed itinerary for his trip.

Dated: August __22__, 2006

                                               By: _____
                                                   Hon. Jo[...]
                                                   U.S. M[...]  Judge Joseph C. Spero

**Proof of Service**

I, Abbie Chin, I am over eighteen years of age and not a party to the within action; my business address is 899 Ellis Street, San Francisco, California 94109; I am employed in the County of San Francisco.

On August 21, 2006, I served a copy, with all exhibits, of the following documents:

- REQUEST FOR ORDER MODIFYING TRAVEL RESTRAINTS DURING PRETRIAL RELEASE; [PROPOSED] ORDER

__X____ (BY FAX) By transmitting by facsimile machine to the number addressed as below; the facsimile machine I used complied with California Rules of Court, rule 2003 and no error was reported by the machine. Pursuant to California Rules of Court, rule 2006(d), I caused the machine to print a transmission record of the transmission.

__X____ (BY ELECTRONIC SERVICE) I caused an electronic delivery subject to 28 U.S.C ¶1746, Local Rules or General Orders of this Court regarding Electronic Case Filing. All pleadings and papers must be electronically served in accordance with those Rules or General Orders with email address(es) as noted below:

| | |
|---|---|
| VIA Email:<br>Jeff Nedrow<br>Jeffrey Finigan<br>Assistant United States Attorney<br>United States Courthouse<br>150 Almaden Blvd, Ste. 900<br>San Jose, California 95113<br>Email: jeff.nedrow@usdoj.com | Via Email:<br>Jeffrey Finigan<br>AUSA<br>United States Courthouse<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br>Email: Jeffrey.finigan@usdoj.gov |
| Via Fax:<br>Susan Silver<br>USDC Pretrial Services<br>Federal Court House<br>201 So. Vine<br>Urbana, IL 61802<br>Fax: (217) 373-5860 | Via Email:<br>Rick Collins, Esq.<br>Collins, McDonald & Gann, P.C.<br>One Old Country Road, Suite 250<br>Carle Place, NY 11514<br>Fax: 516-294-0477<br>Email: rcollins@cmgesq.com |

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct and that this declaration was executed on the above stated date.

/s/: Abbie Chin
Abbie Chin