# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
### PROBATION DIVISION



RICHARD J. CARROLL
Chief U.S. Probation Officer

Please Reply To: Urbana

Scan

February 28, 2007

Honorable Susan Illston
United States District Judge
450 Golden Gate Avenue, 19th Floor
San Francisco, CA 94102



FILED

MAR X 1 2007

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RE:   ARNOLD, Patrick
      ND/CA DKT. #05-00703-01
      **TRAVEL REQUEST**

Your Honor:

On August 4, 2006, offender Patrick Arnold was sentenced by Your Honor to a split sentence of three months imprisonment followed by a two-year term of supervised release with the first three months in home confinement, for a violation of the following: **Conspiracy to Distribute and Possess with Intent to Distribute Anabolic Steroids** (Count 1), a Class D felony. Supervision commenced on February 5, 2007.

The offender requested permission to attend a work related convention in Colombus, Ohio, from Thursday March 1, 2007 through Sunday March 4, 2007. His employer, who has confirmed the need for him to attend the conference, will be attending with him if it is approved, and has agreed to act as a monitor of the offender while he is at the convention. His employer also has provided a schedule of required activities while at the conference and agreed to assure that he is in the hotel room at all other times. Offender Arnold will also be called while he is in his room by this officer at least once per day to monitor his activities. A sweatpatch will be used to monitor his substance use while he is out of the district.

Although this request isn't timely, this officer was on medical leave from prior to offender Arnold releasing until February 26, 2007. He asked the officer handling issues in my absence about this travel during his intake interview on February 8, 2007, who deferred his request until my return. Assistant U.S. Attorney Jeffrey Nedrow is taking no position on this request.

---

| 127 U.S. Courthouse | 100 N.E. Monroe | 235 U.S. Courthouse | 108 U.S. Courthouse |
| 201 South Vine | Suite 314 | 211 19th Street | 600 East Monroe |
| Urbana 61802-3348 | Peoria 61602-1051 | Rock Island 61201-8074 | Springfield 62701 |
| Tel: 217-373-5851 | Tel: 309-671-7031 | Tel: 309-793-5784 | Tel: 217-492-4215 |
| Fax: 217-373-5860 | Fax: 309-671-7231 | Fax: 309-793-5879 | Fax: 217-492-4218 |

REQUEST FOR TRAVEL
RE: ARNOLD, Patrick
February 28, 2007
Page 2

The offender has been in full compliance. The undersigned recommends that travel be approved.

Respectfully submitted,              Reviewed by:

*[signature]*                        *[signature]*
Susan C. Silver                      Gary W. Russell
U.S. Probation Officer               Supv. U.S. Probation Officer

Travel is:

☒ Approved

☐ Denied

2/28/07                              *[signature]*

Date                                 Susan Illston
                                     United States District Judge